UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5457 PSG (CTx) | Date | September 6, 2012 |
|---|---|---|---|
| Title | Downey Surgical Clinic, Inc. v. Ingenix, Inc., *et al*. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

Not Present                             Not Present

**Proceedings:     (In Chambers) Order to Show Cause**

    The Plaintiffs in *Downey Surgical Clinic, Inc. v. Ingenix, Inc., et al.,* CV 09-5457 PSG (CTx) filed an Amended Class Action Complaint against various Defendants on May 7, 2010, including Defendants Allied Holdings Employee Welfare Benefit Plan and Allied Holdings, Inc. *See* Dkt. # 63.  On May 31, 2012, counsel for several Defendants filed a notice indicating that an involuntary chapter 11 petition was filed against Defendant Allied Systems Holdings, Inc. (f/k/a Allied Holdings, Inc.) on May 17, 2012.  *See* Dkt. # 142; 11 U.S.C. § 101 *et seq.*

    Under section 362(a), a chapter 11 petition operates as an automatic stay of, *inter alia*: (1) the commencement or continuation of a "judicial, administrative, or other action or proceeding" against the Debtor (11 U.S.C. § 362(a)(1)); (ii) acts to "obtain possession of property" of the Debtor's estate (11 U.S.C. § 362(a)(3)); and (iii) acts to "collect, assess, or recover a claim" against the Debtor arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).  Accordingly, Plaintiffs are ordered to show cause why this action should not be stayed until resolution of Defendant Allied Systems Holdings, Inc.'s pending chapter 11 petition.  Plaintiffs may file a response to this OSC no later than **September 26, 2012**.

    **IT IS SO ORDERED.**