**NOTE CHANGES MADE BY THE COURT.**

~~EXHIBIT A~~

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOWNEY SURGICAL CLINIC, INC., TARZANA SURGERY CENTER, INC., For Themselves and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPTUMINSIGHT, INC., UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, *et al*,<br><br>Defendants. | CASE NO. CV 09-05457 PSG (JCx)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Ctrm: 880<br>Judge: Philip S. Gutierrez |

In accordance with, and for the reasons set forth in, the Preliminary Approval Order (Dkt. 236), the Final Approval Order (Dkt. 250), and the Order, Certifying Settlement Class, Funding And Disbursement Of Settlement Funds, Barring Assertion Of Released Claims And Directing Entry Of Final Judgment, entered by the Honorable Philip S. Gutierrez, United States District Judge, this Litigation is dismissed WITH PREJUDICE as to Defendants OptumInsight, Inc. f/k/a Ingenix, Inc., UnitedHealth Group, Inc., United Healthcare Services, Inc., United Healthcare Insurance Company, Best Buy Flexible Benefits Plan, Best Buy Co., Inc., Cingular Wireless Medical Plan, AT&T Mobility LLC, Pacific Telesis Group Health Care Network Plan, AT&T Medical Expense Plan, AT&T Corp., Parker Hannifin Corporation Group Insurance Plan, Parker Hannifin Corporation, Cintas Corporation Employee Health Benefit Plan, Cintas Corporation Partner Medical Benefit Plan (f/k/a Cintas Corporation Group Insurance Plan), Cintas Corporation Welfare Plan,

1  Cintas Corporation, GE Life Disability and Medical Plan, General Electric
2  Company, J. C. Penney Corporation, Inc. Health & Welfare Benefits Plan, J. C.
3  Penney Corporation, Inc. Benefits Administration Committee, Zale Corporation
4  Benefits Plan, and Zale Corporation, pursuant to Rule 58 of the Federal Rules of
5  Civil Procedure.

6  Dated: __3rd__ day of __June_____, 2016.

PHILIP S. GUTIERREZ
~~Clerk of the Court~~
U.S. District Judge